**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Troy Darnell Hunter, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2018-002110

Appeal From Florence County
Thomas A. Russo, Post-Conviction Relief Judge

———————

Unpublished Opinion No. 2023-UP-181
Submitted April 3, 2023 – Filed May 17, 2023

———————

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Jonathan Scott Matthews, both of Columbia, for Respondent.

———————

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Petitioner Troy Darnell Hunter's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**